OPINIONS PER CURIAM, ETC., FROM JANUARY 7, TO FEBRUARY 24, 1908.

No. 7. FRITZ DUREIN, PLAINTIFF IN ERROR, *v.* THE STATE OF KANSAS; No. 8. FRED ROSS ET AL., PLAINTIFFS IN ERROR, *v.* THE STATE OF KANSAS; and No. 9. FRED. SIMMONS ET AL., PLAINTIFFS IN ERROR, *v.* THE STATE OF KANSAS. In error to the Supreme Court of the State of Kansas. Submitted January 6, 1908. Decided January 13, 1908. *Per Curiam.* Judgments affirmed with costs. *Rippey* v. *Texas*, 193 U. S. 504; case below, 70 Kansas, 1, and cases cited. *Mr. C. A. Magaw* for plaintiffs in error. *Mr. C. C. Coleman* for defendant in error.

No. 16, Original. NELSON THOMASSON, JR., ET AL., PETITIONERS, *v.* THE CHICAGO RAILWAYS COMPANY ET AL. Argued January 22, 1908. Decided January 23, 1908. Petition for appeal denied for the want of jurisdiction. *Mr. Henry Crawford, Mr. Henry S. McAuley* and *Mr. Charles H. Aldrich* for petitioners. *Mr. George W. Wickersham, Mr. William W. Gurley, Mr. William Burry* and *Mr. A. H. Van Brunt* for respondents.

No. 125. EDWARD CORCORAN ET AL., APPELLANTS, *v.* TERENCE O'BRIEN, ADMINISTRATOR, ETC., ET AL. Appeal from the Circuit Court of the United States for the Western District of Washington. Submitted January 22, 1908. Decided January 27, 1908. Decree affirmed with costs. *Mr. Samuel H. Piles, Mr. James B. Howe, Mr. George Donworth* and *Mr. Corwin S. Shank* for appellants. No appearance for appellees.